UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60224-CIV-DIMITROULEAS

JEFFREY D. BIANCHI,

    Plaintiff,
vs.

THE CBE GROUP, INC.,

    Defendant.
_____/

### ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 5], filed herein on March 1, 2012. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 5] is **APPROVED;**

2. This case is **DISMISSED WITH PREJUDICE**;

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 1st day of March, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record